COMMONWEALTH OF PUERTO RICO
*ESTADO LIBRE ASOCIADO DE PUERTO RICO*

FHA Case Number: 501-8018909-957
*FHA Caso Número: 501-8018909-957*

## FIRST NOTE
*PRIMER PAGARÉ*

US$187,500.00                                                                              February 13, 2010

PROPERTY ADDRESS: APT 405, BORINQUEN TOWERS I COND., SAN JUAN, P.R. 00920.
*DIRECCIÓN DE LA PROPIEDAD:* APT 405, BORINQUEN TOWERS I COND., SAN JUAN, P.R. 00920.

### 1. DEFINITIONS
"Borrower" means each person signing at the end of this Note. "Lender" means **THE MONEY HOUSE, INC.,** and its successors and assigns. "Secretary" means the Secretary of Housing and Urban Development or his or her authorized representatives.

### *1. DEFINICIONES*
*"Deudor" significa cada persona que firma al final de este Pagaré. "Acreedor Hipotecario" significa **THE MONEY HOUSE, INC.,** y sus sucesores y cesionarios. "Secretario" significa el Secretario de Vivienda y Desarrollo Urbano o sus representantes autorizados.*

### 2. BORROWER'S PROMISE TO PAY; INTEREST
In return for amounts to be advanced by Lender to or for the benefit of Borrower under the terms of a Home Equity Conversion Loan Agreement dated **FEBRUARY 13, 2010** ("Loan Agreement"), Borrower promises to pay to the order of Lender a principal amount equal to the sum of all Loan Advances made under the Loan Agreement and this Note up to a maximum principal amount of **ONE HUNDRED EIGHTY SEVEN THOUSAND FIVE HUNDRED DOLLARS (U.S.$187,500.00), which is equal to one hundred and fifty percent (150%) of the Maximum Claim Amount.** All amounts advanced by Lender, plus interest, if not paid earlier, are due and payable on **DECEMBER 8, 2074.**

Interest will be charged on unpaid principal at the rate of **FIVE POINT FIVE SIX ZERO PERCENT (5.560%)** per year until the full amount of principal has been paid. At the end of each month, accrued interest shall be added to, and made part of, the principal balance as a Loan Advance and shall likewise thereafter bear interest.

### *2. PROMESA DE PAGO DEL DEUDOR; INTERÉS*
*A cambio de las cantidades adelantadas por el Acreedor Hipotecario al Deudor o para su beneficio bajo los términos de un Acuerdo de Préstamo de Conversión del Capital Acumulado en la Vivienda con fecha **13 DE FEBRERO DE 2010** ("Contrato de Préstamo"), el Deudor promete pagar a la orden del Acreedor Hipotecario una cantidad principal equivalente a la suma de todos los Adelantos de Préstamo efectuados bajo el Acuerdo de Préstamo y este Pagaré, con intereses hasta una cantidad principal máxima de **CIENTO OCHENTA Y SIETE MIL QUINIENTOS DOLARES (U.S.$187,500.00), la cual es igual al ciento cincuenta por ciento (150%) del "Maximum Claim Amount")**. Todas las cantidades adelantadas por el Acreedor Hipotecario, más los intereses, en caso de no ser pagadas anteriormente, vencen y son pagaderas el **8 DE DICIEMBRE DE 2074.***

*Los intereses serán cobrados sobre el principal adeudado a una tasa del **CINCO PUNTO CINCO SEIS CERO PORCIENTO (5.560%)** por año hasta que se haya pagado la cantidad total del principal. Al final de cada mes, los intereses acumulados deberán sumarse y volverse parte del balance del principal como un Adelanto de Préstamo, y asimismo devengarán intereses.*

### 3. PROMISE TO PAY SECURED
Borrower's promise to pay is secured by the pledge of a Mortgage Note, that is dated the same date as this Note and called the "First Mortgage Note." That First Mortgage Note protects the Lender from losses which might result if Borrower defaults under this Note.

### *3. PROMESA DE PAGO GARANTIZADA*
*La promesa de pago del Deudor está garantizada por un Pagaré Hipotecario entregado en Prenda, con la misma fecha que este Pagaré y se denomina "Primer Pagaré Hipotecario". Este Primer Pagaré*

*Hipotecario protege al Acreedor Hipotecario contra pérdidas que pudieran resultar en caso de incumplimiento del Deudor bajo este Pagaré.*

### 4. MANNER OF PAYMENT
### 4. FORMA DE PAGO

**(A) Time**
Borrower shall pay all outstanding principal and accrued interest to Lender upon receipt of a notice by Lender requiring immediate payment in full, as provided in Paragraph 6 of this Note.

*(A) Tiempo*
*El Deudor deberá pagar todo el principal adeudado e intereses acumulados al Acreedor Hipotecario al recibir un aviso del Acreedor Hipotecario que requiera el pago total inmediato, conforme se dispone en el Párrafo 6 de este Pagaré.*

**(B) Place**
Payment shall be made at the address notified to the Borrower at closing, or any such other place as Lender may designate in writing by notice to Borrower.

*(B) Lugar*
*El pago deberá efectuarse en la dirección notificada al Deudor en el cierre o cualquier otro lugar que el Acreedor Hipotecario pueda designar en una notificación escrita al Deudor.*

**(C) Limitation of Liability**
Borrower shall have no personal liability for payment of the debt. Lender shall enforce the debt only through sale of the Property ("Property") covered by the First Mortgage. If this Note is assigned to the Secretary, the Borrower shall not be liable for any difference between the mortgage insurance benefits paid to Lender and the outstanding indebtedness, including accrued interest, owed by Borrower at the time of the assignment.

*(C) Limitación de responsabilidad*

*El Deudor no tendrá ninguna responsabilidad personal por el pago de la deuda. El Acreedor Hipotecario deberá hacer cumplir el pago de la deuda solamente a través de la venta de la Propiedad ("Propiedad") cubierta por la Primera Hipoteca. Si se cede este Pagaré al Secretario, el Deudor no será responsable de ninguna diferencia entre los beneficios del seguro hipotecario pagados al Acreedor Hipotecario y la deuda impaga, incluyendo los intereses acumulados, adeudados por el Deudor al momento de la cesión.*

### 5. BORROWER'S RIGHT TO PREPAY
### 5. DERECHO DEL DEUDOR A UN PAGO ANTICIPADO

A Borrower receiving monthly payments under the Loan Agreement has the right to pay the debt evidenced by this Note, in whole or in part, without charge or penalty.

*El Deudor que reciba pagos mensuales bajo el Contrato de Préstamo tiene el derecho a pagar la deuda evidenciada por este Pagaré, en todo o en parte, sin cargo ni penalidad.*

Any amount of debt prepaid will first be applied to reduce the principal balance of the Second Note described in Paragraph 10 of this Note and then to reduce the principal balance of this Note.

*Cualquier cantidad de la deuda pagada en forma anticipada se aplicará primero para reducir el balance del principal del Segundo Pagaré descrito en el Párrafo 10 de este Pagaré y luego para reducir el balance del principal de este Pagaré.*

### 6. IMMEDIATE PAYMENT IN FULL
### 6. PAGO TOTAL INMEDIATO

**(A) Death or Sale**
Lender may require immediate payment in full of all outstanding principal and accrued interest if:

  (i)   A Borrower dies and the Property is not the principal residence of at least one surviving Borrower; or



  (ii) All of a Borrower's title in the Property (or his or her beneficial interest in a trust owning all or part of the Property) is sold or otherwise transferred and no other Borrower retains (a) title to the Property in fee simple, (b) a leasehold under a lease for not less than 99 years which is renewable or a lease having a remaining period of not less than 50 years beyond the date of the 100th birthday of the youngest Borrower, or (c) a life estate in the Property, (or retains a beneficial interest in a trust with such an interest in the Property).

*(A) Muerte o Venta*

  El Acreedor Hipotecario puede requerir el pago total inmediato de todo el principal adeudado e interés acumulado si:

  (i) Un Deudor muere y la Propiedad no es la residencia principal de al menos un Deudor sobreviviente; o

  (ii) Todo el título de la Propiedad del Deudor (o su interés beneficiario en un fideicomiso por la totalidad o parte de la Propiedad) se vende o de otro modo se transfiere y ningún otro Deudor retiene (a) título de la Propiedad en pleno dominio, (b) un arrendamiento por no menos de 99 años que sea renovable o un arrendamiento que tenga un período restante de no menos de 50 años más allá de la fecha del 100º cumpleaños del Deudor más joven, o (c) un usufructo vitalicio en la Propiedad, (o retiene un interés beneficiario en un fideicomiso con tal interés en la Propiedad).

**(B) Other Grounds**

  Lender may require immediate payment in full of all outstanding principal and accrued interest, upon approval by an authorized representative of the Secretary, if:

  (i) The Property ceases to be the principal residence of a Borrower for reasons other than death and the Property is not the principal residence of at least one other Borrower;

  (ii) For a period of longer than twelve (12) consecutive months, a Borrower fails to physically occupy the Property because of physical or mental illness and the Property is not the principal residence of at least one other Borrower; or

  (iii) An obligation of the Borrower under the Security Instrument is not performed.

*(B) Otros Fundamentos*

  El Acreedor Hipotecario puede requerir el pago total inmediato de todo el principal adeudado e interés acumulado, con la aprobación por parte de un representante autorizado del Secretario, si:

  (i) La Propiedad deja de ser la residencia principal de un Deudor por razones que no sean la muerte y la Propiedad no es la residencia principal de al menos otro Deudor;

  (ii) Por un período de más de doce (12) meses consecutivos, un Deudor no ocupa físicamente la Propiedad debido a una enfermedad física o mental y la Propiedad no es la residencia principal de al menos otro Deudor; o

  (iii) No se realiza una obligación del Deudor bajo la Hipoteca.

**(C) Payment of Costs and Expenses**

  If Lender has required immediate payment in full, as described above, the debt enforced through sale of the Property may include costs and expenses, including reasonable and customary attorneys' fees, associated with enforcement of this Note to the extent not prohibited by applicable law. Such fees and costs shall bear interest from the date of disbursement at the same rate as the principal of this Note.

*(C) Pago de Costos y Gastos*

  Si el Acreedor Hipotecario ha requerido el pago total inmediato, como se describe anteriormente, la deuda ejecutada a través de la venta de la Propiedad podrá incluir costos y gastos, incluyendo honorarios de abogados razonables y habituales, asociados con la ejecución de este Pagaré en la medida que no lo prohíba la ley aplicable. Tales honorarios y gastos devengarán intereses desde la fecha del desembolso a la misma tasa que el principal de este Pagaré.

**(D) Trusts**

  Conveyance of a Borrower's interest in the Property to a trust which meets the requirements of the

Secretary, or conveyance of a trust's interest in the Property to a Borrower, shall not be considered a conveyance for purposes of this Paragraph. A trust shall not be considered an occupant or be considered as having a principal residence for purposes of this Paragraph.

*(D) Fideicomisos*

*El traspaso del interés de un Deudor en la Propiedad a un fideicomiso que cumpla con los requisitos del Secretario, o el traspaso del interés de un fideicomiso en la Propiedad a un Deudor, no será considerado un traspaso a efectos de este Párrafo. Un fideicomiso no será considerado un ocupante ni se considerará que tiene una residencia principal a efectos de este Párrafo.*

## 7. WAIVERS

Borrower waives the rights of presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

## 7. RENUNCIAS

*El Deudor renuncia a los derechos de presentación y notificación de falta de pago. "Presentación" significa el derecho a requerir al Acreedor Hipotecario que exija el pago de las cantidades adeudadas. "Notificación de falta de pago" significa el derecho a requerir al Acreedor Hipotecario que notifique a otras personas que las cantidades adeudadas no han sido pagadas.*

## 8. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or by mailing it by first class mail to Borrower at the Property Address above or at a different address if Borrower has given Lender a notice of Borrower's different address.

Any notice that must be given to Lender under this Note will be given by first class mail to Lender at the address stated in Paragraph 4(B) or at a different address if Borrower is given a notice of that different address.

## 8. ENTREGA DE NOTIFICACIONES

*A menos que la ley aplicable requiera un método diferente, cualquier aviso que deba entregársele al Deudor bajo este Pagaré será entregado por envío o correo postal de primera clase al Deudor a la Dirección de la Propiedad antes mencionada o a una dirección diferente si el Deudor ha notificado al Acreedor Hipotecario sobre una dirección diferente.*

*Cualquier notificación que deba ser entregada al Acreedor Hipotecario bajo este Pagaré será enviada por correo de primera clase al Acreedor Hipotecario a la dirección indicada en el Párrafo 4(B) o a una dirección diferente si el Deudor es notificado sobre la misma.*

## 9. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully obligated to keep all of the promises made in this Note. Lender may enforce its rights under this Note only through sale of the Property.

## 9. OBLIGACIONES DE LAS PERSONAS BAJO ESTE PAGARÉ

*Si más de una persona firma este Pagaré, cada persona tiene plena obligación de cumplir todas las promesas efectuadas en este Pagaré. El Acreedor Hipotecario podrá hacer cumplir sus derechos bajo este Pagaré solamente a través de la venta de la Propiedad.*

## 10. RELATIONSHIP TO SECOND NOTE
## *10. RELACIÓN CON EL SEGUNDO PAGARÉ*

### (A) Second Note

Because Borrower will be required to repay amounts which the Secretary may make to or on behalf of Borrower pursuant to Section 255(i)(1)(A) of the National Housing Act and the Loan Agreement, the Secretary has required Borrower to grant a Second Note to the Secretary.

### *(A) Segundo Pagaré*

*Dado que el Deudor estará obligado a pagar las cantidades que el Secretario pueda efectuar a o en nombre del Deudor conforme a la Sección 255(i)(1)(A) de la Ley Nacional de Vivienda y el Contrato de Préstamo, el Secretario ha requerido al Deudor que conceda un Segundo Pagaré al Secretario.*

### (B) Relationship of Secretary Payments to this Note

Payments made by the Secretary shall not be included in the debt due under this Note unless:

(i) This Note is assigned to the Secretary; or

(ii) The Secretary accepts reimbursements by the Lender for all payments made by the Secretary.

If the circumstances described in (i) or (ii) occur, then all payments made by the Secretary, including interest on the payments, shall be included in the debt.

### (B) *Relación de los Pagos del Secretario con este Pagaré*

*Los pagos efectuados por el Secretario no deberán incluirse en la deuda bajo este Pagaré a menos que:*

(i) *Este Pagaré sea cedido al Secretario; o*

(ii) *El Secretario acepte reembolsos por parte del Acreedor Hipotecario para todos los pagos efectuados por el Secretario.*

*Si las circunstancias descritas en (i) o (ii) ocurren, todos los pagos efectuados por el Secretario, incluyendo el interés sobre los pagos, deberán estar incluidos en la deuda.*

### (C) Effect on Borrower

Where there is no assignment or reimbursement as described in (B)(i) or (ii), and the Secretary makes payments to Borrower, then Borrower shall not:

(i) Be required to pay amounts owed under this Note until the Secretary has required payment in full of all outstanding principal and accrued interest under the Second Note held by the Secretary, notwithstanding anything to the contrary in Paragraph 7 of this Note; or

(ii) Be obligated to pay interest or shared appreciation under this Note at any time, whether accrued before or after the payments by the Secretary, and whether or not accrued interest has been included in the principal balance of this Note, notwithstanding anything to the contrary in Paragraphs 2 or 5 of this Note or any Allonge to this Note.

### (C) *Efecto en el Deudor*

*Cuando no exista cesión o reembolso como se describe en (B)(i) o (ii), y el Secretario efectúe pagos al Deudor, el Deudor no:*



(i) *Estará obligado a pagar las cantidades adeudadas bajo este Pagaré hasta que el Secretario haya requerido el pago total de todo el principal adeudado e interés acumulado bajo el Segundo Pagaré que conserve el Secretario, sin perjuicio de cualquier disposición en lo contrario contenida en el Párrafo 7 de este Pagaré; o*

(ii) *Estará obligado a pagar intereses o apreciación compartida bajo este Pagaré en cualquier momento, ya sea que hayan sido acumulados antes o después de los pagos efectuados por el Secretario, y se haya incluido o no el interés acumulado en el balance del principal de este Pagaré, sin perjuicio de cualquier disposición en lo contrario contenida en los Párrafos 2 ó 5 de este Pagaré o cualquier anexo para endosos adicionales de este Pagaré.*

**BY SIGNING BELOW**, Borrower accepts and agrees to the terms and covenants contained in this Note.

*AL FIRMAR ABAJO, el Deudor acepta y acuerda los términos y convenios contenidos en este Pagaré.*

In San Juan, Puerto Rico, this 13 day of February, 2010.
En San Juan, Puerto Rico, hoy 13 de Febrero de 2010.

_____
IRMA CONCEPCION FLORES FERREIRO            Borrower
a/k/a IRMA C. FLORES FERREIRO              Deudor
as IRMA FLORES DE TALLADA
as IRMA FLORES TALLADA and
as IRMA FLORES FERREIRO

Affidavit Number: ____17,088____
Testimonio número: ____17,088____

    Recognized and subscribed to before me by the above mentioned debtor(s), whom I have identified as stated in Deed Number ____120____ of even date and whose personal circumstances are set forth in said deed.

_____
Notary Public
Notario Público

(Signed, sealed and rubricated)
(Firmado, sellado y rubricado)

Pay to the Order of
Urban Financial Group, Inc.
WITHOUT RECOURSE

THE MONEY HOUSE, INC.

DAVID R. LEVIS
PRESIDENT

# Allonge

Loan Number:        0006713

FHA Case Number:    501-8018909

Date of Note:       02/13/2010

Borrower:           IRMA FLORES FERREIRO

Property Address:   APT 405 BORINQUEN TOWERS 1 COND, SAN JUAN, PR 00920

*Pay to the order of:*

Reverse Mortgage Solutions, Inc.

---

WITHOUT RECOURSE

Company Name: Urban Financial of America, LLC. f/k/a Urban Financial Group, Inc.

Signature:    *[signature: Laura Smith]*

Name:         Laura Smith

Title:        Assistant Vice President

# Allonge

Loan Number: 0006713

FHA Case Number: 501-8018909

Date of Note: 02/13/2010

Borrower: IRMA FLORES FERREIRO

Property Address: APT 405 BORINQUEN TOWERS 1 COND, SAN JUAN, PR 00920

*Pay to the order of:*

_____

WITHOUT RECOURSE

Company Name: Reverse Mortgage Solutions, Inc.

Signature: *[signature]*

Name: Kayce Davis

Title: Vice President

## Allonge

| | |
|---|---|
| Loan Number: | 0006713 |
| FHA Case Number: | 501-8018909-957 |
| Borrower Name(s): | IRMA FLORES FERREIRO |
| Property Address: | BORINQUEN TOWERS I STREET 405<br>SAN JUAN, Puerto Rico 00920 |
| Note/Loan Amount: | $187,500.00 |
| Note/Loan Date: | 2/13/2010 |

*PAY TO THE ORDER OF:*

Reverse Mortgage Solutions

VOID

WITHOUT RECOURSE

Company Name:  Urban Financial Group

Signature:  *By* [signature]

Name:  Bryan Hendershot

Title:  President

# Allonge

| | |
|---|---|
| Loan Number: | 0006713 |
| FHA Case Number: | 501-8018909-957 |
| Borrower Name(s): | IRMA FLORES FERREIRO |
| Property Address: | BORINQUEN TOWERS I STREET 405<br>SAN JUAN, Puerto Rico 00920 |
| Note/Loan Amount: | $187,500.00 |
| Note/Loan Date: | 2/13/2010 |

PAY TO THE ORDER OF: 

WITHOUT RECOURSE

Company Name: Reverse Mortgage Solutions, Inc.

Signature: *[signature]*

Name: Summer Hurst

Title: Asst. VP