UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **REVERSE MORTGAGE SOLUTIONS, INC.**<br><br>PLAINTIFF<br><br>Vs.<br><br>**THE ESTATE OF IRMA CONCEPCION FLORES FERREIRO A/K/A IRMA C. FLORES FERREIRO A/K/A IRMA FLORES DE TALLADA A/K/A IRMA FLORES TALLADA A/K/A IRMA FLORES FERREIRO COMPOSED BY MANUEL ANTONIO ARROYO FLORES AND EDDIE ARROYO FLORES; RICHARD DOE; MUNICIPAL REVENUE COLLECTION CENTER ("CRIM"); PUERTO RICO TREASURY DEPARTMENT; UNITED STATES OF AMERICA; MARY DOE**<br><br>DEFENDANTS | CIVIL ACTION NO. 3:15-cv-01854-CCC |

**SUMMONS IN A CIVIL ACTION**

**TO**   MANUEL ANTONIO ARROYO FLORES
APT 405 Borinquen Towers I Cond, San Juan, PR 00920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) - or 90 days in a Social Security Action - you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

**Millennium Partners**
**Popular Center, 208 Avenida Juan Ponce de León**
**Suite 1809**
**San Juan, PR 00918**
**Tel: (787) 756-3000**
**Fax: (787) 756-3010**
**Email: service-pr@millenniumpartners.net**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:
_____