UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

REVERSE MORTGAGE SOLUTIONS, INC.

PLAINTIFF

Vs.

THE ESTATE OF IRMA CONCEPCION FLORES FERREIRO A/K/A IRMA C. FLORES FERREIRO A/K/A IRMA FLORES DE TALLADA A/K/A IRMA FLORES TALLADA A/K/A IRMA FLORES FERREIRO COMPOSED BY MANUEL ANTONIO ARROYO FLORES AND EDDIE ARROYO FLORES; RICHARD DOE; MUNICIPAL REVENUE COLLECTION CENTER ("CRIM"); PUERTO RICO TREASURY DEPARTMENT; UNITED STATES OF AMERICA; MARY DOE;

DEFENDANTS

CIVIL ACTION NO. 3:15-cv-01854-CCC

## SUMMONS IN A CIVIL ACTION

**TO**  EDDIE ARROYO FLORES
APT 405 Borinquen Towers I Cond, San Juan, PR 00920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) - or 90 days in a Social Security Action - you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Millennium Partners**
Popular Center, 208 Avenida Juan Ponce de León
Suite 1809
San Juan, PR 00918
Tel: (787) 756-3000
Fax: (787) 756-3010
Email: service-pr@millenniumpartners.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.

CLERK OF COURT

José Arroyo
Deputy Clerk

Date:  9/9/2015

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| REVERSE MORTGAGE SOLUTIONS, INC.<br><br>　　　　PLAINTIFF<br><br>　　　　Vs.<br><br>THE ESTATE OF IRMA CONCEPCION FLORES FERREIRO A/K/A IRMA C. FLORES FERREIRO A/K/A IRMA FLORES DE TALLADA A/K/A IRMA FLORES TALLADA A/K/A IRMA FLORES FERREIRO COMPOSED BY MANUEL ANTONIO ARROYO FLORES AND EDDIE ARROYO FLORES; RICHARD DOE; MUNICIPAL REVENUE COLLECTION CENTER ("CRIM"); PUERTO RICO TREASURY DEPARTMENT; UNITED STATES OF AMERICA; MARY DOE<br><br>　　　　DEFENDANTS | CIVIL ACTION NO. 3:15-cv-01854-CCC |

**SUMMONS IN A CIVIL ACTION**

**TO**　　MANUEL ANTONIO ARROYO FLORES
　　　　APT 405 Borinquen Towers I Cond, San Juan, PR 00920

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) - or 90 days in a Social Security Action - you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　　　Millennium Partners
　　　　Popular Center, 208 Avenida Juan Ponce de León
　　　　　　　　　　Suite 1809
　　　　　　　　　San Juan, PR 00918
　　　　　　　　　Tel: (787) 756-3000
　　　　　　　　　Fax: (787) 756-3010
　　　　Email: service-pr@millenniumpartners.net

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

　　　　　　　　　　　　　　José Arroyo
　　　　　　　　　　　　　　Deputy Clerk

Date:　9/9/2015

*Signature of Clerk or Deputy Clerk*