UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| REVERSE MORTGAGE SOLUTIONS, INC.<br>PLAINTIFF<br>Vs.<br>THE ESTATE OF IRMA CONCEPCION FLORES FERREIRO A/K/A IRMA C. FLORES FERREIRO A/K/A IRMA FLORES DE TALLADA A/K/A IRMA FLORES TALLADA A/K/A IRMA FLORES FERREIRO COMPOSED BY MANUEL ANTONIO ARROYO FLORES AND EDDIE ARROYO FLORES; RICHARD DOE; MUNICIPAL REVENUE COLLECTION CENTER ("CRIM"); PUERTO RICO TREASURY DEPARTMENT; UNITED STATES OF AMERICA; MARY DOE;<br>DEFENDANTS | CIVIL ACTION NO. 3:15-cv-01854-CCC |

SUMMONS IN A CIVIL ACTION

TO   EDDIE ARROYO FLORES
APT 405 Borinquen Towers I Cond, San Juan, PR 00920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) - or 90 days in a Social Security Action - you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Millennium Partners
Popular Center, 208 Avenida Juan Ponce de León
Suite 1809
San Juan, PR 00918
Tel: (787) 756-3000
Fax: (787) 756-3010
Email: service-pr@millenniumpartners.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date:   9/9/2015

Signature of Clerk or Deputy Clerk

15-715

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eddie Arroyo Flores
was received by me on *(date)* September 22, 2015

☑ I personally served the summons on the individual at *(place)* C/Adam B19 urb. Park Ville Guaynabo on *(date)* September 24, 2015 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: September 24, 2015

*Server's signature*

Marcos Rosario Febres
*Printed name and title*
C/ Cotto Hernandez DD888
Carolina PR 00985
*Server's address*

Additional information regarding attempted service, etc: